**William R. CODY, Appellant,**

v.

**Douglas WEBER, and others as yet unknown or undetermined, who are or were officers, employees, and/or agents of SDSP, and/or the State of South Dakota Department of Corrections (DOC), and/or the State of South Dakota, Appellee.**

No. 00–3814.

United States Court of Appeals, Eighth Circuit.

Submitted June 11, 2001.

Filed June 25, 2001.

Before BOWMAN and HEANEY, Circuit Judges, and KOPF,[1] District Judge.

PER CURIAM.

William R. Cody brought this prisoner civil rights action, alleging numerous claims having to do, *inter alia,* with the pricing of his pre-stamped envelopes and with retaliation for his filing of grievances. The District Court[2] denied Cody's motion to amend the complaint and granted defendant Douglas L. Weber's motion for summary judgment. Cody appeals, challenging both of the court's rulings.

Having reviewed the case, we find no abuse of discretion in the denial of Cody's motion to amend. Nor do we find any error in the grant of summary judgment for defendant.

AFFIRMED.

*See* 8th Cir. R. 47B.

---

1. The Honorable Richard G. Kopf, Chief Judge, United States District Court of the District of Nebraska, sitting by designation.

2. The Honorable John B. Jones, United States District Judge for the District of South Dakota.